DAVID M. BERGER (SBN 277526)
LINDA P. LAM (SBN 301461)
JEFFREY B. KOSBIE (SBN 305424)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
*dmb@classlawgroup.com*
*lpl@classlawgroup.com*
*jbk@classlawgroup.com*

RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
*byrd@whafh.com*
*tramontano@whafh.com*

*Proposed Interim Class Counsel*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: Sequoia Benefits and Insurance Data Breach Litigation*<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-08217-WHO<br>Consolidated with Case Nos.:<br>3:22-cv-08966<br>3:22-cv-08978<br>3:23-cv-00084<br>3:23-cv-00216<br><br>**MITRA PLAINTIFFS' RESPONSE TO COMPETING APPLICATION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>DATE:     March 15, 2023<br>TIME:      2:00 p.m.<br>CRTRM:  2, 17th Floor<br>JUDGE:   Hon. William H. Orrick |

1    Plaintiffs Arnab Mitra, Zarina Abardo, Kevin Mindeguia, Erin McGurk, Amy Carter, Adam Enger, and Seth Jones (collectively, the "Mitra Plaintiffs") hereby submit this brief response to the competing application of plaintiffs Christopher Cottrell and Carl Alenius (together, the "Cottrell Plaintiffs") for appointment of their counsel as Interim Class Counsel and Liaison to Interim Class Counsel. For the reasons provided in the Mitra Plaintiffs' opening memoranda and described further below, the best choice to lead this litigation as interim co-lead counsel is David M. Berger of Gibbs Law Group LLP and Rachele R. Byrd of Wolf Haldenstein Adler Freeman & Herz LLP, along with an Executive Committee comprised of M. Anderson Berry of Clayeo C. Arnold, APC and Kaleigh N. Boyd of Tousley Brain Stephens PLLC (together, "Proposed Interim Class Counsel"). Their proposed four-member team possesses the substantive experience necessary to effectively and efficiently lead this data breach class action against Defendants Sequoia Benefits and Insurance Services, LLC and Sequoia One PEO, LLC (together, "Sequoia").

As their biographies make clear, each of the Mitra Plaintiffs' Proposed Interim Class Counsel have the requisite knowledge of the facts and law necessary to successfully handle this matter. They also are backed by firms with the financial and human resources necessary to lead this litigation. Three out of four of the attorneys are located in California, and they all frequently practice in this District. Proposed Interim Class Counsel also filed the first case, all of the preliminary motion papers, and represent the majority of the plaintiffs in this consolidated action. In addition, several firms that filed cases against Sequoia have indicated their support for Proposed Interim Class Counsel's application. Their names and firm information appear in the signature block below.

Proposed Interim Class Counsel believe that they are well-positioned to efficiently manage this case. The Cottrell Plaintiffs, however, argue that a four attorney leadership structure is "bloated" and "oversized" and "will likely create duplication of work product, unnecessary billing, and an outrageous lodestar." Cottrell Plaintiffs Mem. at 7. However, the Cottrell Plaintiffs' proposed leadership structure is not materially different than the Mitra Plaintiffs' proposed leadership structure: the Cottrell Plaintiffs propose just one fewer attorney.

Moreover, this litigation will likely involve many discrete issues that can be divided up among the four firms, and it is normal to share responsibility in data breach cases. At the outset of the case, it is impossible to know whether the defendant will want to drive up the costs of litigation by contesting trivial issues or, instead, will work to streamline the case. The difference can be staggering, as Judge Chhabria noted recently when sanctioning Facebook and its law firm. Order Granting in Part Plaintiffs' Motion for Sanctions, *In Re: Facebook, Inc. Consumer Privacy User Profile Litig.*, No. 18-md-02843-VC, at 1 (filed, Feb. 9, 2023) (noting that it is "not uncommon in our court system" for wealthy clients and high-powered law firms to use "delay, misdirection, and frivolous arguments to make litigation unfairly difficult and expensive for their opponents"). The Mitra Plaintiffs' Proposed Interim Class Counsel have the deep bench and financial resources needed to best serve their clients and the proposed class, no matter how large or small the litigation becomes. In any event, Proposed Interim Class Counsel will meet their responsibilities to delegate appropriately and exercise billing judgment in reviewing time records and assignments. While the Mitra Plaintiffs do not believe it is necessary, if the Court thinks it would be helpful, the Mitra Plaintiffs will submit quarterly *in camera* summaries of Plaintiffs' counsel's time and lodestar.

For the foregoing reasons and those given in their opening memorandum, the Mitra Plaintiffs respectfully request that the Court appoint David M. Berger and Rachele R. Byrd as Interim Co-Lead Counsel and M. Anderson Berry and Kaleigh N. Boyd as members of the Executive Committee pursuant to Federal Rule of Civil Procedure 23(g)(3).

DATED: February 10, 2023                **GIBBS LAW GROUP LLP**

By,   /s/ David M. Berger

David M. Berger (SBN 277526)
Linda P. Lam (SBN 301461)
Jeffrey B. Kosbie (SBN 305424)
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
dmb@classlawgroup.com
lpl@classlawgroup.com
jbk@classlawgroup.com

*Counsel for Plaintiffs Arnab Mitra, Zarina*

*Abardo, Kevin Mindeguia, and Erin McGurk*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By, /s/ *Rachele R. Byrd*

Rachele R. Byrd (190634)
Alex J. Tramontano (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
tramontano@whafh.com

*Counsel for Plaintiff Amy Carter*

**CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORP.**

By, /s/ *M. Anderson Berry*

M. Anderson Berry (262879)
Gregory Haroutunian (330263)
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Fax: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

*Counsel for Plaintiffs Amy Carter and Adam Enger*

**TOUSLEY BRAIN STEPHENS PLLC**

By, /s/ *Kaleigh N. Boyd*

Kaleigh N. Boyd
1200 Fifth Ave., Ste 1700
Seattle, WA 98101
Telephone: (206) 682-5600
kboyd@tousley.com

*Counsel for Plaintiffs Arnab Mitra, Zarina Abardo, Kevin Mindeguia, and Erin McGurk*

*Proposed Interim Class Counsel*

Nathan D. Prosser (*pro hac vice* forthcoming)
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina MN 55439
Telephone: (952) 941-4005
Fax: (952) 941-2337
*nprosser@hjlawfirm.com*

Terence R. Coates (*pro hac vice* forthcoming)
Dylan J. Gould (*pro hac vice* forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 665-0204
Fax: (513) 665-0219
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

*Counsel for Plaintiff Adam Enger*

Bryan L. Bleichner (220340)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*bbleichner@chesnutcambronne.com*

*Counsel for Plaintiff Seth Jones*

# PROOF OF SERVICE

I am employed in the county of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1111 Broadway, Suite 2100, Oakland, California 94607.

On February 10, 2023, I served a copy of the document(s) described as:

1. **MITRA PLAINTIFFS' RESPONSE TO COMPETING APPLICATION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

on the following interested party(ies) in this action:

DAVIS WRIGHT TREMAINE LLP
Spencer Persson
865 S. Figueroa St., Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-8634
Facsimile: (213) 633-6899
Email: spencerpersson@dwt.com

Counsel for Defendants

CHESTNUT CAMBRONNE PA
Bryan L. Bleichner
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Email: bbleichner@chestnutcambronne.com

Counsel for Plaintiff Jones

Nathan D. Prosser (pro hac vice forthcoming)
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Edina MN 55439
Telephone: (952) 941-4005
Fax: (952) 941-2337
nprosser@hjlawfirm.com

Terence R. Coates (pro hac vice forthcoming)
Dylan J. Gould (pro hac vice forthcoming)
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202

-5-
MITRA PLAINTIFFS' RESPONSE TO COMPETING MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
Case No. 3:22-cv-08217-WHO

Telephone: (513) 665-0204
Fax: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

Counsel for Plaintiff Adam Enger

[X]   BY EMAIL: by electronically transmitting PDF versions of above listed documents to the email addresses set forth above on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 10, 2023, at Oakland, California.

                                        */s/ Honeyleen Bohol*
                                        Honeyleen Bohol