1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   JUSTICE SMITH,                          Case No. 24-cv-01363-SI
                                            To be filed in 22-cv-08217-RFL
8              Plaintiff,
                                            **ORDER OF REFERRAL FOR
9        v.                                 RELATED CASE DETERMINATION**

10  SEQUOIA BENEFITS AND INSURANCE
    SERVICES LLC, *et al*.,
11
               Defendants.
12

13          On March 18, 2024, this case was reassigned to the undersigned judge.  The complaint

14  alleges that in January 2023, Smith received a letter from Sequoia Benefits and Insurance Services

15  LLC informing her that her private information may have been exposed during a data breach on

16  Sequoia's cloud system.  The complaint alleges claims arising out of that data breach.  Pursuant to

17  Civil Local Rule 3-12(c), the Court refers this matter for a determination of whether this case is

18  related to *In re: Sequoia Benefits and Insurance Data Breach Litigation*, Case No. 3:22-cv-08217-

19  RFL.

20

21          **IT IS SO ORDERED**.

22

23  Dated: March 19, 2024                    _____

24                                           SUSAN ILLSTON
                                             United States District Judge
25

26

27

28

*United States District Court*
*Northern District of California*